BEFORE THE THIRD DIVISION, FEBRUARY 20, 1951

No. 55249.—Henry Coehler Co. et al. *v.* United States, protests 138067–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55250.—Davies, Turner & Co. et al. *v.* United States, protests 160009–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55251.—Decorative Crafts, Inc. *v.* United States, protest 166321–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the items in question consist of earthenware articles similar in all material respects to those the subject of Abstract 51676.   In accordance with stipulation of counsel and following the cited authority it was held that the merchandise consists of earthenware articles composed of a nonvitrified absorbent body, not artifically colored and composed wholly of clay, which articles are painted, colored, tinted, stained, enameled, gilded, printed, ornamented, or decorated.   The claim of the plaintiff was therefore sustained.

No. 55252.—American Express Co. et al. *v.* United States, protests 118071–K/398, etc. (Chicago).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55253.—C. J. Tower & Sons *v.* United States, protests 145636–K, etc. (Buffalo).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55254.—Albert Bonnier Publishing House et al. *v.* United States, protests 159061–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.